IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**JACKIE L. RIDDLE**                                                                                  **PETITIONER**
Reg # 17056-045

VS.                             NO. 2:08-CV-00081-SWW-BD

**T.C. OUTLAW, Warden,**
Federal Correctional Complex,
Forrest City, Arkansas                                                                          **RESPONDENT**

### ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the recommendation, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Jackie L. Riddle's Petition for Writ of Habeas Corpus (#2) is DISMISSED with prejudice this 27th day of January, 2010.

                                                /s/Susan Webber Wright
                                                UNITED STATES DISTRICT JUDGE